Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
__Southern__ District of __Iowa__

__Central__ Division

Andrew James Conrad
_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Central Intelligence Agency
_Defendant(s)_
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 4-23-cv-213
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☐ No

**RECEIVED**
JUN 2 2 2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Andrew James Cozad
Address: 1724 63rd Street,
Windsor Heights, Iowa, 50324
City / State / Zip Code
County: Polk
Telephone Number: 515-721-7070
E-Mail Address: AndyJCozad@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Central Intelligence Agency
Job or Title (if known):
Address: 1155 21st NW
Washington DC, DC, 20581
City / State / Zip Code
County:
Telephone Number:
E-Mail Address (if known):
☐ Individual capacity   ☐ Official capacity

Defendant No. 2
Name:
Job or Title (if known):
Address:
City / State / Zip Code
County:
Telephone Number:
E-Mail Address (if known):
☐ Individual capacity   ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
  Name
  Job or Title *(if known)*
  Address

  |  City  |  State  |  Zip Code  |

  County
  Telephone Number
  E-Mail Address *(if known)*

  ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
  Name
  Job or Title *(if known)*
  Address

  |  City  |  State  |  Zip Code  |

  County
  Telephone Number
  E-Mail Address *(if known)*

  ☐ Individual capacity    ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

    D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?

The events happened originating in Oak Creek, Wisconsin but acquired by Washington, DC.

    B.    What date and approximate time did the events giving rise to your claim(s) occur?

The dates are from 1996-2004.

    C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I originally created and crafted documents throughout the dates listed above. They were very time onhised taking years to create. They contained audio recordings of music, voice recordings, and sound effects. Also I invented and comprised material worth trillions of USD today. The records where given and/or taken from me near 2004. I suffered years as they where used or disseminated by the defendant. I was never given composition thus. 5th amendment (eminent domain)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I suffered 20 years of psychological distress and personal guilt/shame. I kept a secret and felt ashamed when hearing or seeing good things (related too) the documents. I believe I became schizoaffective over the 5th amendment violations.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Monetary damages - $175,000,000 USD

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06/22/2023

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Andrew James Conrad

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
         City      State     Zip Code
Telephone Number: _____
E-mail Address: _____



Central Intelligence Agency

Washington, D.C. 20505

4 May 2021

Andrew Cozad
803 Knob Hill Drive
Des Moines, IA 50317

Reference: P-2020-00747

Dear Requester:

This letter is a final response to your 10 August 2020 Privacy Act (PA) request for records on yourself. We processed your request in accordance with the Freedom of Information Act (FOIA), 5 U.S.C. § 552, as amended, and the Privacy Act of 1974, 5 U.S.C. § 552a, as amended.

After conducting a search reasonably calculated to uncover all relevant documents, we did not locate any responsive records that would reveal a publicly acknowledged affiliation with the CIA.

To the extent your request also seeks records that would reveal a classified association between the CIA and yourself, we can neither confirm nor deny having such records, pursuant to Section 3.6(a) of Executive Order 13526, as amended. If a classified association between you and the CIA were to exist, records revealing such a relationship would be properly classified and require continued safeguards against unauthorized disclosure. You may consider this finding a denial of this portion of your request pursuant to PA exemptions (j)(1) and (k)(1) and FOIA exemptions (b)(1) and (b)(3). Exemption (b)(3) pertains to information exempt from disclosure by statute. In this case, the relevant statutes are Section 6 of the Central Intelligence Agency Act of 1949, 50 U.S.C. § 3507, as amended, and Section 102A(i)(l) of the National Security Act of 1947, 50 U.S.C. § 3024(i)(1), as amended.

As the CIA Information and Privacy Coordinator, I am the CIA official responsible for this determination. You have the right to appeal this response to the Agency Release Panel, in my care, within 90 days from the date of this letter. Please include the basis for your appeal.

Please be advised that you may also seek dispute-resolution services from the CIA FOIA Public Liaison or from the Office of Government Information Services (OGIS) of the National Archives and Records Administration. OGIS offers mediation services to help resolve disputes between FOIA requesters and Federal agencies.

| To contact **CIA** directly with questions or to appeal the CIA's response to the Agency Release Panel: | To contact the **Office of Government Information Services (OGIS)** for mediation or with questions: |
|---|---|
| Information and Privacy Coordinator<br>Central Intelligence Agency<br>Washington, DC 20505<br>TEL: (703) 613-1287<br>FAX: (703) 613-3007 (Fax) | Office of Government Information Services<br>National Archives and Records Administration<br>8601 Adelphi Road – OGIS<br>College Park, MD 20740-6001<br>TEL: (202) 741-5770<br>FAX: (202) 741-5769 (Fax)<br>EMAIL: ogis@nara.gov |

Case 4:23-cv-00213-RGE-SBJ Document 1 Filed 06/22/23 Page 8 of 9 Attachment 2



NATIONAL ARCHIVES *and* RECORDS ADMINISTRATION
8601 ADELPHI ROAD - OGIS | COLLEGE PARK, MD 20740-6001
www.archives.gov/ogis | ogis@nara.gov | o: 202.741.5770 | f: 202.741.5769 | t: 877.684.6448

October 6, 2022—Sent via email

Andy Cozad
andyjcozad@gmail.com

Dear Andy Cozad:

This responds to your submission to the Office of Government Information Services (OGIS), which we received on September 14, 2022 via email. As you are aware, OGIS is the federal Freedom of Information Act (FOIA) Ombudsman. In this role, we complement existing practice and procedure by assisting with the FOIA process. OGIS has no investigatory or enforcement power, nor can we compel an agency to release documents. Instead, OGIS provides information to FOIA requesters and federal agencies to increase understanding and resolve disputes.

Regarding your request to the Central Intelligence Agency (CIA)—which was assigned tracking no. **P-2020-00747**—the agency's response explains that it both found no responsive records and would neither confirm nor deny the existence or nonexistence of records responsive to your request. That response may seem contradictory; however, such a response occurs when an intelligence agency such as the CIA responds to a FOIA request by searching its open acknowledged files at the same time the agency refuses to confirm or deny the existence of records in its closed unacknowledged records.

It may be helpful to know that FOIA provides for the disclosure of many agency records. At the same time, the FOIA includes exemptions for categories of information such as national security, personal privacy, privileged communications, and certain law enforcement activities. We carefully reviewed your submission of information and we understand that you submitted a request to the CIA for records concerning yourself. The CIA denied your request for records that would reveal an *openly acknowledged* affiliation between you and the CIA on the basis that it could not locate responsive records. The CIA further refused to confirm or deny the existence of records that would reveal a *classified* association between you and the CIA pursuant to FOIA Exemptions 1 and 3, 5 U.S.C. §§ 552(b)(1) and (b)(3). You dispute this response.

Exemptions 1 and 3 broadly protect classified information and, in this case, information that relates to the CIA's agency organization and staff. In certain situations such as this, those exemptions protect disclosure of the mere existence or nonexistence of the requested records. When an agency responds to a FOIA request by neither confirming nor denying the existence of responsive records, this is known as a "Glomar" response. A Glomar response is proper when to admit that records even exist would reveal a fact that is exempt under FOIA. (See Department of Justice Guide to the Freedom of Information Act, http://www.justice.gov/sites/default/files/oip/legacy/2014/07/23/exemption1_1.pdf)

Page 2 of 2

A Glomar response is not proper when an official of the agency has publicly and officially acknowledged a fact that would establish a basis for concluding that records about a subject exist (or existed). However, a report by a news organization does not equate to confirmation of information or a fact by a government official. A general acknowledgment of intelligence activity usually will not be enough to overcome a Glomar response as to specific details of an operation that have not officially been acknowledged by the government. In addition, statements contained in media reports of government officials who are not authorized to speak for the agency do not constitute "official acknowledgment by an authoritative source," (*Am. Civil Liberties Union v. Dep't of Def*, 752 F.Supp 2d 361 (S.D.N.Y. 2010). Please note, a requester who asserts that the classified information has been disclosed previously bears the initial burden of pointing to specific information in the public domain that duplicates the information being denied.

We hope that this information is useful. Thank you for bringing this matter to OGIS. At this time, it appears that there is no further assistance OGIS can offer and we will take no further action. If you have questions or concerns that we have not addressed, please contact us again.

Sincerely,
The OGIS Staff